IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JEREMY R. EDINGTON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 2:14-cv-2718
Crim. No. 2:10-cr-00335
**CHIEF JUDGE SARGUS**
**Magistrate Judge King**

## ORDER

On May 19, 2016, the Magistrate Judge recommended that the *Motion to Vacate* (ECF No. 132) be dismissed. *Report and Recommendation* (ECF No. 147). Although the parties were advised of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 147) is **ADOPTED** and **AFFIRMED**. The *Motion to Vacate* (ECF No. 132) is **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

**IT IS SO ORDERED.**

7-11-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE